MARY BENCEKOVICH, as Administratrix, etc., of VINKO BENCE-KOVICH, Deceased, Appellant, *v.* ELISE W. AUBRY, Respondent.

First Department, May 28, 1937.

*Joseph R. Apfel* of counsel [*Louis Fleischer*, attorney], for the appellant.

*Frederick Mellor* of counsel [*William Butler*, attorney], for the respondent.

PER CURIAM. Plaintiff's evidence established *prima facie* that her intestate in entering on the roof extension was an invitee, not a mere licensee. With respect to the question of contributory negligence, the burden of proving which rested upon the defendant, there was presented a question of fact for the jury. Under the circumstances, therefore, the complaint was improperly dismissed.

The judgment appealed from should be reversed and a new trial ordered, with costs to appellant to abide the event.

Present — MARTIN, P. J., O'MALLEY, DORE, COHN and CALLAHAN, JJ.; MARTIN, P. J., dissents and votes to affirm.

Judgment reversed and a new trial ordered, with costs to the appellant to abide the event.